# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Javier Ariel CORTES Pena,<br><br>Defendant. | Case No.: **25mj0327**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about January 23, 2025, within the Southern District of California, Javier Ariel CORTES Pena, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about January 23, 2025, within the Southern District of California, Javier Ariel CORTES Pena did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                               _____
                               Special Agent Francisco Bernal
                               Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 24th of January 2025.

                               _____
                               Hon. Barbara L. Major
                               United States Magistrate Judge

## STATEMENT OF FACTS

On January 23, 2025, at approximately 4:26 AM, Javier Ariel CORTES Pena, ("CORTES"), a border crosser, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #29. CORTES was the driver, sole occupant, and registered owner of a 2008 Ford Ranger ("the vehicle") bearing Mexico license plates.

A Customs and Border Protection Officer received two negative Customs declarations from CORTES. CORTES stated he was crossing the border to go to Chula Vista, California. CORTES stated no one had asked him to transport anything from Mexico to the United States. CORTES stated that no one had asked him to transport anything from the United States to Mexico. CORTES stated that no mechanical work had been done to the vehicle. Due to a computer-generated alert the vehicle was referred for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the truck bed area of the vehicle.

Further inspection of the vehicle resulted in the discovery of 60 total packages concealed in the truck bed area of the vehicle. 37 of the packages contained a substance, a sample of which field tested positive for the characteristics of Cocaine, with a total approximate weight of 45.82 kgs (101 lbs); 23 of the packages contained

1

a substance, a sample of which field tested positive for the characteristics of Methamphetamine, with a total approximate weight of 23.04 kgs (50 lbs).

CORTES was placed under arrest at approximately 7:15 AM.

CORTES was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.