**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JAVIER ARIEL CORTES PENA,<br><br>                    Defendant. | Case No. **25-cr-00497-H**<br>         25MJ0327<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of<br>Methamphetamine and Cocaine<br>(Felony) |

The United States Attorney charges:

Count 1

On or about January 23, 2025, within the Southern District of California, defendant, JAVIER ARIEL CORTES PENA, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

Count 2

On or about January 23, 2025, within the Southern District of California, defendant, JAVIER ARIEL CORTES PENA, did knowingly and intentionally import a mixture and substance containing a detectable

SEG:lnh:1/29/2025

1 | amount of cocaine, a Schedule II Controlled Substance, into the United
2 | States from a place outside thereof; in violation of Title 21, United
3 | States Code, Sections 952 and 960.
4 |     DATED: __1/20/25_____.
5 |                                         TARA K. McGRATH
                                            United States Attorney
6 |
7 |                                         *Sarah Goldwasser*
8 |                                         SARAH E. GOLDWASSER
                                            Assistant U.S. Attorney